IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISOPHER BRIAN CHAMBERS,

              Petitioner,                No. CIV S-05-2288 GEB CMK P

    vs.

BILL LOCKYER, California State
Attorney General, et al.,

              Respondents.             FINDINGS & RECOMMENDATIONS

_____/

          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

          The exhaustion of available state remedies is a prerequisite to a federal court's consideration of claims sought to be presented in habeas corpus proceedings.  See Rose v. Lundy, 455 U.S. 509 (1982); 28 U.S.C. § 2254(b).  A petitioner can satisfy the exhaustion requirement by providing the highest state court with a full and fair opportunity to consider all claims before presenting them to the federal court.  Picard v. Connor, 404 U.S. 270, 276 (1971), Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir.), cert. denied, 478 U.S. 1021 (1986).

///

///

1

1    After reviewing the petition for habeas corpus, the court finds that petitioner has

2  failed to exhaust state court remedies.  The claims have not been presented to the California

3  Supreme Court.  Further, there is no allegation that state court remedies are no longer available to

4  him.  Accordingly, IT IS HEREBY RECOMMENDED that petitioner's application for a writ of

5  habeas corpus be dismissed for failure to exhaust state remedies.

6    These findings and recommendations will be submitted to the United States

7  District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

8  twenty days after being served with these findings and recommendations, any party may file

9  written objections with the court and serve a copy on all parties.  Such a document should be

10  captioned "Objections to Findings and Recommendations." Any reply to the objections shall be

11  served and filed within ten days after service of the objections.  The parties are advised that

12  failure to file objections within the specified time may waive the right to appeal the District

13  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

14

15  DATED:  November 28, 2005.

16

17                                        _____

18                                        **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

                                        2